**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JENNIFER JANE EGGERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-428-JDK-KNM |
| | § | |
| HENDERSON COUNTY, TEXAS, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Jennifer Jane Eggert filed this lawsuit against Defendants pursuant to 42 U.S.C. § 1983.  The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 3, 2026, Judge Mitchell issued a Report recommending that claims against Henderson County, Texas; the Henderson County Sheriff's Department; and Sheriff Botie Hillhouse be dismissed with prejudice for failure to state a claim. Docket No. 8.  The report further recommends that the remaining claims against Defendants Investigator W. Thornton and Officer Travis Lynn be stayed and administratively closed pending resolution of the pending criminal charge related to this matter.  *Id.*  Plaintiff did not file written objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews Judge Mitchell's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 8) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's claims against Henderson County, Texas, the Henderson County Sheriff's Department, and Sheriff Botie Hillhouse are **DISMISSED** with prejudice for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 12(b)(6). It is further **ORDERED** that the remaining claims against Defendants Thornton and Lynn are **STAYED** and **ADMINISTRATIVELY CLOSED** pending resolution of the related criminal charge pending against Plaintiff. Within **thirty days** after the adjudication of the criminal charge, Plaintiff is **ORDERED** to file a written notice stating whether she seeks to put the remaining claims back on the active docket or to dismiss the claims.

So **ORDERED** and **SIGNED** this **19th** day of **July, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

3